# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENISE HALL, | )<br>) |
|       Plaintiff, | )   Case No. 2:14-cv-02204-JCM-PAL<br>) |
| vs. | )   **ORDER**<br>) |
| PORTFOLIO RECOVERY ASSOCIATES, | )<br>) |
|       Defendant. | )<br>) |

This matter is before the Court on Defendant's Motion for Exemption (#10), filed on June 3, 2015.

Defendant requests that its insurance carrier be exempt from attending the June 17, 2015 Early Neutral Evaluation Session. Defendant represents that the allegations in this case are unlikely to reach the threshold required by the insurance policy. Nathan Searles, litigation counsel for the Defendant, will be present and has binding authority to settle the matter. The Defendant has sufficiently established good cause for attendance to be waived. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Exemption (#10) is **granted**.

**DATED** this 15th day of June, 2015.

                                          _/s/ George Foley, Jr._____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge