UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DENISE HALL, | Case No. 2:14-cv-02204-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot WD Counsel – Dkt. #14) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

This matter is before the court on attorney Larry J. Weinsteen's, Ruth J. Cohen's and Paul S. Padda's Motion to Withdraw as Counsel of Record for Plaintiff Denise Hall (Dkt. #14) filed August 6, 2015. The motion represents that a complete breakdown in communication between the attorneys and Ms. Hall has occurred to the point that the attorneys can no longer represent her in this matter. Larry J. Weinsteen, Ruth J. Cohen and Paul S. Padda, therefore, seek leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Larry J. Weinsteen's, Ruth J. Cohen's, and Paul S. Padda's Motion to Withdraw as Counsel for Plaintiff Denise Hall (Dkt. #14) is **GRANTED**.

2. Plaintiff shall have until **September 16, 2015,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se,* may result in the imposition of sanctions, which may include a recommendation to the

1         District Judge that plaintiff's complaint be dismissed for failure to prosecute.  See

2         Fed. R. Civ. P. 41(b).

3    4.    The Clerk of the Court shall serve the plaintiff with a copy of this order at her last

4         known address:

5         Denise Hall
         P.O. Box 365227
6         North Las Vegas, Nevada  89036

7   DATED this 17th day of August, 2015.

8

9                                          PEGGY A. LEEN
10                                        UNITED STATES MAGISTRATE JUDGE