UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENISE HALL,<br><br>                              Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC.,<br><br>                              Defendant. | Case No. 2:14-cv-02204-JCM-PAL<br><br>ORDER |

Before the court is Defendant Portfolio Recovery Associates' Motion for An Extension of Time to Complete Discovery and Request for Status Hearing (Dkt. #17).

Defendant requests a 60-day extension of the October 7, 2015 discovery cutoff and related deadlines because the court granted a motion to withdraw as counsel of record filed by Plaintiff's counsel, and discovery has not been completed as a result.

In an Order (Dkt. #16) entered August 18, 2015, the court granted counsel for Plaintiff's motion to withdraw and gave Plaintiff until September 16, 2015, to obtain substitute counsel or file a notice with the court that she would be appearing in this matter *pro se*, that is, representing herself. Plaintiff has not yet retained substitute counsel who has made an appearance in accordance with the Local Rules of Practice, or filed a notice with the court that she will be representing herself. Defendants request a 60-day extension of the discovery deadlines to allow new counsel for Plaintiff time to complete outstanding discovery served in July 2015, and to depose the Plaintiff and any witnesses Plaintiff may identify in her discovery responses.

Having reviewed and considered the matter,

/ / /

/ / /

1

**IT IS ORDERED** that:

1. Defendant's request for a Status Hearing is **GRANTED**, and a hearing is set for **Tuesday, October 6, 2015, at 11:30 a.m., in Courtroom 3B.**

2. As Plaintiff has failed to timely comply with the order to either obtain substitute counsel or file a notice that she will representing herself, **Plaintiff shall either retain counsel who shall appear at the October 6, 2015 hearing, or if she has been unable to retain counsel, appear in person.**

3. Failure to timely comply with this order to either obtain substitute counsel who shall appear at the hearing, or appear in person if the Plaintiff has not been able to hire a lawyer, may result in the imposition of sanctions. Sanctions which may include a recommendation to the district judge that her complaint be dismissed for failure to comply with the court's orders and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

DATED this 22nd day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE