UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENISE HALL,<br><br>　　　　　　　　　　　　Plaintiff,<br>　v.<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:14-cv-02204-JCM-PAL<br><br>ORDER |

The court conducted a hearing on Defendant Portfolio Recovery Associates' Motion for an Extension of Time to Complete Discovery and Request for Status Hearing (Dkt. #17) filed September 16, 2015.  Denise Hall appeared pro se, and Erica Kelly appeared for Defendant.

Ms. Hall indicated that she had not been able to find an attorney and would be representing herself.  She received written interrogatories and a request for production of documents Defense counsel served on her prior counsel which were attached to the motion for extension and request for status hearing.  Defense counsel needs responses to their written discovery and wish to depose the Plaintiff.  Plaintiff has not decided what discovery she needs.  The court gave Plaintiff two weeks to serve defense counsel with answers to interrogatories and responses to the requests for production, and advised Plaintiff that she should serve any written discovery she seeks from Defendant soon because Defendant would have 30 days from service of the requests to respond and the discovery would need to be served in time for the responses to be due before the extended cutoff.  Plaintiff also agreed to provide defense counsel with a phone number and contact information so that she could be reached to schedule her deposition on a mutually agreeable date and time.

**IT IS ORDERED** that:

1. Defendant's Motion for an Extension of Time to Complete Discovery (Dkt. #17) is **GRANTED**.
2. Plaintiff shall have two weeks, or until **October 20, 2015,** to respond to Defendant's written discovery requests.
3. The deadline to complete discovery is extended to **January 4, 2016**.
4. The deadline to file the dispositive motion is extended to **February 4, 2016.**
5. The deadline to file the joint pretrial order is extended to **March 4, 2016.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
6. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 6th day of October, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE