Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE HALL,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, a Foreign Limited Liability Company,<br><br>　　　　　　　　　Defendant. | Case No.: 2:14-cv-02204-JCM-PAL<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL** |

Pursuant to LR IA 6-1, LR 7-1 and LR 26-4, Defendant Portfolio Recovery Associates ("Defendant"), by and through its counsel, and Plaintiff Denise Hall ("Plaintiff"), *pro se*, hereby request the Court continue the trial date in this matter. This case is currently set for jury trial on a stacked calendar on March 26, 2018 at 9:00 a.m.  (ECF No. 55.)

Good cause exits for this request and extension. Erica Chee, an attorney with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., has left the firm. She had been working on this instant matter since its inception, and was a critical member of the trial team. Defendant is requesting additional time since additional attorneys are unavailable for trial as currently scheduled due to scheduling conflicts and counsel will need additional time prepare for trial.

Defendant's counsel has contacted Plaintiff and informed her of the same, and Plaintiff is agreeable to moving the current trial date. Accordingly, the parties request that trial is continued to July 23, 2018, August 6, 2018 or another date in September 2018 where the Court is available.

This Stipulation is brought is good faith, and not brought for purposes of delay or any other improper purpose.

DATED this 16th day of February, 2018.  DATED this 16th day of February, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Denise Hall*  */s/ Anthony L. Martin*
Denise Hall  Anthony L. Martin
PO Box 365227  Nevada Bar No. 8177
North Las Vegas, NV 89036  Wells Fargo Tower, Suite 1500
*Pro Se*  3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Accordingly, this case is set for jury trial on **9/24/2018 at 9:00 a.m.** Calendar call is set for **9/19/2018 at 1:30 p.m.**

UNITED STATES DISTRICT JUDGE

February 21, 2018
DATED

2