ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*
*Portfolio Recovery Associates LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE HALL,<br><br>        Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>a Foreign Limited Liability Company,<br><br>        Defendant. | Case No.: 2:14-cv-02204-JCM-PAL<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL OF CASE<br>WITH PREJUDICE** |

    IT IS HEREBY STIPULATED, by and between Defendant Portfolio Recovery Associates LLC ("Defendant"), by and through its counsel, and Plaintiff Denise Hall ("Plaintiff"), in pro se, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this ___ day of September, 2018. | DATED this 17th day of September, 2018. |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Denise Hall* | /s/ *Anthony L. Martin* |
| Denise Hall | Anthony L. Martin |
| PO Box 365227 | Nevada Bar No. 8177 |
| North Las Vegas, NV 89036 | 3800 Howard Hughes Parkway |
| *In pro se* | Suite 1500 |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

/s/ *James C. Mahan*
U.S. DISTRICT COURT JUDGE

DATED: September 18, 2018

35487419.1

2